UNITED STATES DISTRICT COURT
SOUTHERN District of Florida
FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE
Case No.: 00-6090

CIV-ZLOCH

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

        Plaintiff(s),

vs.

MAGISTRATE JUDGE
SELTZER

FORTUNE INVESTMENTS, INC., a Florida corporation,

        Defendant(s).
_____/

To:    FORTUNE INVESTMENTS, INC., a Florida corporation
       By serving its registered agent:
       James Koutsoubos
       6000 Park of Commerce Blvd.
       Suite A
       Boca Raton, FL 33487

       YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox        JAN 1 9 2000
_____   _____
Clerk                          Date

_____
(By) Deputy Clerk

W:\WPDocs\A.D.A\# -FORTUNE INVESTMENTS INC\Summons(cme).wpd