## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

### SUMMONS IN A CIVIL CASE
Case No.: 00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED,
INC. a Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

FORTUNE INVESTMENTS, INC., a
Florida corporation, and RICHARD
RUPP, as General Manager of Sea
Ocean Front Hotel,

        Defendants.
_____/

To:    Richard Rupp, General Manager
        Sea Ocean Front Hotel
        4140 El Mar Drive
        Lauderdale-by-the-sea, Florida 33308

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence M......
Clerk

(By) Deputy Clerk

May 15, 2000
Date

W: WPDocs\A.D.A\#1266-FORTUNE INVESTMENTS INC\Summons-RR(jh).wpd