```
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA

                                CASE NO. 00-6090-CIV-ZLOCH
```

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation,
PETER SPALLUTO, individually, and
ERNST ROSENKRANTZ, individually,

       Plaintiffs,

vs.                                            **ORDER TO SHOW CAUSE**

FORTUNE INVESTMENTS, INC, a
Florida corporation,

       Defendant.
_____/

THIS MATTER is before the Court, sua sponte. The Court's review of the court file reveals that the Plaintiffs, Advocates For The Disabled, Inc., Peter Spalluto, and Ernst Rosenkrantz, have failed to effect service of the Complaint upon the Defendant, Fortune Investments, Inc. The Court calls the Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which states that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.



Therefore, it is

**ORDERED AND ADJUDGED** that the Plaintiffs shall file on or before ten (10) calendar days from the date of this Order, a Memorandum showing good cause for the failure to effect service of process or otherwise showing compliance with Federal Rule of Civil Procedure 4(m), or shall file a voluntary dismissal of the aforementioned Defendant within the foregoing time period. Failure of the Plaintiffs to timely file the aforementioned memorandum will result in dismissal of the above-named Defendant without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this  16th  day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Lawrence A. Fuller, Esq.
For Plaintiffs