UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED,
INC., etc., et al.,

     Plaintiffs,

vs.

FORTUNE INVESTMENTS, INC. a
Florida corporation, and
RICHARD RUPP, as General
Manager of Sea Ocean Front
Hotel,

     Defendants.

                          /

**FINAL ORDER OF DISMISSAL AS TO
DEFENDANTS RUPP AND FORTUNE
INVESTMENTS, INC., ONLY**

THIS MATTER is before the Court upon the Plaintiffs' Notice Of Voluntary Dismissal as to the Defendant, Richard Rupp, and the Plaintiffs' Notice Of Voluntary Dismissal as to the Defendant, Fortune Investments, Inc., both bearing file stamp of the Clerk of this Court dated May 30, 2000. The Court having carefully reviewed said Notices and the entire Court file herein, and being otherwise fully advised in the premises, it is

     **ORDERED AND ADJUDGED** as follows:

     1.    The Plaintiffs' aforementioned Notice Of Voluntary Dismissal as to the Defendant, Richard Rupp, and the Plaintiffs' Notice Of Voluntary Dismissal as to the Defendant, Fortune Investments, Inc., be and the same are hereby approved, adopted, and ratified by the Court; and

     2.    The above-styled cause is hereby **DISMISSED** as to the Defendants, Richard Rupp, as General Manager of Sea Ocean Front Hotel and Fortune Investments, Inc., only.

**IT IS FURTHER ORDERED AND ADJUDGED** that immediately upon receipt of same, John Fuller, Esquire, counsel of record for the Plaintiffs, shall provide copies of this Order to all counsel of record in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

John Fuller, Esq., Esq.
For Plaintiff

2