UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation, PETER
SPALLUTO, Individually and ERNST
ROSENKRANTZ, Individually,

       Plaintiff(s),

vs.

FORTUNE INVESTMENTS INC., a Florida Corporation

       Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Comes now, the Plaintiffs ADVOCATES FOR THE DISABLED INC., a Florida not-for-profit Corporation, PETER SPALLUTO Individually and ERNST ROSENKRANTZ, Individually, by the through their undersigned attorneys and pursuant to the applicable rules of civil procedure hereby voluntarily dismiss the aforesaid action against the Defendant FORTUNE INVESTMENTS INC., a Florida Corporation

FULLER, MALLAH & ASSOCIATES, P.A.
Attorney for Plaintiffs
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139
(305) 538-6483 - Dade
(954) 463-6570 - Broward
(305) 534-9894 - Fax

By:_____
       John Fuller, Esq.