UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation, PETER
SPALLUTO,Individually and ERNST
ROSENKRANTZ, Individually,
       Plaintiff(s),

vs.

RICHARD RUPP, GENERAL MANAGER OF \
SEA OCEANFRONT HOTEL, FORTUNE INVESTMENTS
INC., a Florida Corporation
       Defendant
_____/



## NOTICE OF VOLUNTARY DISMISSAL

      Comes now, the Plaintiffs ADVOCATES FOR THE DISABLED INC., a Florida not-for-profit Corporation, PETER SPALLUTO Individually and ERNST ROSENKRANTZ, Individually by and through their undersigned attorneys and hereby, pursuant to the applicable rules of civil procedure, voluntarily dismiss the aforesaid action against the Defendant, RICHARD RUPP, as General Manager of SEA OCEANFRONT HOTEL.

      I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was sent by mail etc. to Stephen Cypen, Cypen and Cypen, 825 Arthur Godfrey Road, Miami Beach, Florida, 33140 this   2b   day of May, 2000.

                FULLER, MALLAH & ASSOCIATES, P.A.
                Attorney for Plaintiffs
                1111 Lincoln Road, Suite 802
                Miami Beach, FL 33139
                (305) 538-6483 - Dade
                (954) 463-6570 - Broward
                (305) 534-9894 - Fax

      By:_____
                John Fuller, Esq.

