Case No.: 00-6090-CIV-ZLOCH
Magistrate Judge: Seltzer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED
INC., a Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

FORTUNE INVESTMENTS INC., a Florida
Corporation and RICHARD RUPP as General
Manager of SEA OCEAN FRONT HOTEL

        Defendant
_____/



## ***RESPONSE TO ORDER TO SHOW CAUSE DATED MAY 16, 2000***

COMES NOW, The Plaintiffs' ADVOCATES FOR THE DISABLED, INC., a Florida not-for-profit Corporation, PETER SPALLUTO, Individually and ERNST ROSENKRANTZ, Individually, by and through their undersigned attorneys, and in response to the Order to Show Cause entered by this Court on May 16, 2000, state:

1. As part of the process of initiating a lawsuit for violations of the Americans with Disabilities Act against the property owners of the non-compliant property (i.e. Sea

Case No.: 00-6090-CIV-ZLOCH
Magistrate Judge: Seltzer

Lord Hotel), a title search was performed. The title search revealed title in the name of 82153 Canadian Ltd., a Canadian Corporation, but also included a mortgage from Maxi Holdings Ltd., to Citizens and Southern National Bank of Fort Lauderdale. The mortgage appeared of record subsequent to the time that title appeared in the name of 82153 Canadian Ltd. No deed appeared of record in favor of Maxi Holdings, (notwithstanding that Maxi Holdings placed a mortgage on the property). Upon further investigation of this matter with Attorney's Title, it was determined that a resolution was filed of record wherein 82153 Canadian Ltd. became known as Maxi Holdings.

2. A search with the Florida Secretary of State reflects that Maxi Holdings merged into Fortune Investments Inc., one of the named Defendants in this lawsuit. The resident agent for the Defendant Fortune Investments is James Koutsoubos, whose address is listed with the Secretary of State as 6000 Park of Commerce Blvd., Suite A, Boca Raton, Florida 33487. Numerous attempts were made to serve Mr. Koutsoubos without success.

3. An amended Complaint was subsequently filed by the Plaintiffs adding as a Defendant Richard Rupp as General Manager of Sea Lord Hotel. Service of process was effectuated on Mr. Rupp.

Case No.: 00-6090-CIV-ZLOCH
Magistrate Judge: Seltzer

4. Subsequent thereto on May 24th, 2000, Attorney Stephen Cypen of the Law Firm of Cypen and Cypen, called the undersigned Law Firm and advised Attorney Lawrence Fuller, that Maxi Holdings is the owner of the hotel. Apparently, the Maxi Holding that is listed with the Secretary of State is not the same entity as the owner of the hotel involved here. (The owner of the hotel has failed to register with the Secretary of State as a foreign corporation doing business in Florida). Attorney Cypen advised the undersigned Law Firm that he is leaving for vacation until mid-June but that he agrees to accept service on behalf of his client, Maxi Holdings Ltd. Plaintiffs have agreed to voluntarily dismiss Richard Rupp, the General Manager of Sea Lord Hotel, as a Defendant.

5. Attached hereto is the written consent of Mr. Cypen, as required by Rule 15 of the Federal Rules of Civil Procedure, consenting to the filing of an Amended Complaint by Plaintiffs.

6. The Plaintiffs are also filing simultaneously herewith a Voluntary Dismissal against Fortune Investments Inc., a Florida Corporation.

Wherefore, it is respectfully requested that this matter not be dismissed and that the matter be allowed to proceed against Maxi Holdings Ltd., a Canadian

Case No.: 00-6090-CIV-ZLOCH
Magistrate Judge: Seltzer

Corporation, the owner of the Sea Lord Hotel.

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was sent by mail to Stephen Cypen, Cypen and Cypen, 825 Arthur Godfrey Road, Miami Beach, Florida 33140 this 26th day of May, 2000.

FULLER, MALLAH & ASSOCIATES, P.A
Attorney for Plaintiffs
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139
(305) 538-6483 - Dade
(954) 463-6570 - Broward
(305) 534-9894 - Fax

By: _____
    JOHN FULLER, ESQ.

# FULLER, MALLAH & ASSOCIATES P.A.
1111 LINCOLN ROAD #802
MIAMI BEACH, FLORIDA 33139
(305) 538-6483
Fax: (305) 534-9894

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:305-535-0050

To:             Stephen Cypen Esq.
From:           FULLER, MALLAH & ASSOCIATES, JOHN FULLER
Client/Matter:  Sea Lord Resort Hotel
Date:           5/25/00

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
|  | 1 |
|  |  |
|  |  |

COMMENTS: As discussed, written consent is needed to amend the complaint in Case No. 00-6090, Advocates for the Disabled et al. vs. Rupp, et al. Per our agreement, we will amend to add as the Defendant, Maxi Holdings, a Canadian Corporation, and we will voluntarily dismiss the complaint against Mr. Rupp and Fortune Investments. You have further agreed to accept service of process on behalf of Maxi Holdings upon your return from vacation in mid- June. Please acknowledge your approval of the foregoing by signing below and faxing this memo back to me today as I need to file today a response today to the Court's Order to Show Cause.

The foregoing is approved.

Cypen & Cypen

By: /s/ Stephen Cypen Esq.