## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

### SUMMONS IN A CIVIL CASE
Case No.: 00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED,
INC. a Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

FORTUNE INVESTMENTS, INC., a
Florida corporation, and RICHARD
RUPP, as General Manager of Sea
Ocean Front Hotel,

        Defendants.

To: Richard Rupp, General Manager
    Sea Ocean Front Hotel
    4140 El Mar Drive
    Lauderdale-by-the-sea, Florida 33308

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox          May 15, 2000
Clerk                                          Date

(By) Deputy Clerk

W:\WPDocs\A.D.A\#1266-FORTUNE INVESTMENTS INC\Summons-RR(jln).wpd

Case No: 00-6090-CIV-ZLOCH

| TO BE SERVED | COURT |
|---|---|
| RICHARD RUPP<br>4140 EL MAR DR<br>LAUDERDALE-BY-SEA- FL | NONE |

| STYLE | WRIT |
|---|---|
| ADVOCATES FOR THE DISABLED, INC.<br>VS<br>FORTUNE INVESTMENTS, INC. | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| LAWRENCE A. FULLER, ESQ.<br>FULLER, MALLAH AND ASSOCIATES<br>1111 LINCOLN ROAD MALL SUITE #802<br>MIAMI BEACH, FLORIDA, 33139-2493 | Court Date:           Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File # |

I received this process 05/15/00 at 10:02 AM and it was served 05/18/00 at 9:15 AM in BROWARD COUNTY, FLORIDA.

    RICHARD RUPP
    4140 EL MAR DR
    LAUDERDALE-BY-SEA- FL , 33308

**INDIVIDUAL SERVICE: (FS 48.031)**
By delivering to the within named person a copy of SUMMONS IN A CIVIL ACTION the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

**OTHER RETURNS:**
PLAINTIFF'S REQUEST FOR ADMISSIONS "ADA"; REQUEST FOR PRODUCTION; NOTICE OF SERVICE OF INTERROGATORIES

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S 92.525(2)

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq

PROCESS SERVER BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00775226-001

The foregoing instrument was acknowledged before me this 26 day of May, 2000 BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

BRENDA TAYLOR
My Commission CC
Expires March 8, 20

NOTARY PUBLIC OR PERSON OFFICER
AND TITLE OR RANK / CCN