UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

    Plaintiff(s),

vs.

MAXI HOLDINGS, LTD., a Canadian Corporation,

    Defendant(s).

_____/

UNOPPOSED MOTION OF DEFENDANT FOR
AN EXTENSION PENDING SETTLEMENT
DISCUSSIONS TO SERVE ITS WRITTEN
DEFENSES TO THE SECOND AMENDED COMPLAINT;
RESPOND TO REQUEST FOR PRODUCTION, REQUEST
FOR ADMISSIONS AND INTERROGATORIES; AND TO
FILE JOINT SCHEDULING REPORT

    **COMES NOW** defendant, by and through its undersigned attorneys, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for entry of an Order extending the time for which to serve its written defenses to the Second Amended Complaint; respond to Request for Production, Request for Admissions and Interrogatories; and to file Joint Scheduling Report, up to and

including August 7, 2000, so that the parties will have sufficient time to meet and hopefully conclude settlement negotiations. As grounds therefor, defendant would show that:

1. Counsel for the parties agree that they would like to meet and discuss the possibility of reaching an early settlement in this matter.

2. Defendant has agreed to plaintiffs' oral request for an inspection (subsequently confirmed in writing), which is a prerequisite to any settlement.

3. The principals of defendant are non U.S. residents. Counsel for defendant will need some time to communicate with them, and if necessary, arrange for them to attend a settlement conference.

4. Defendant would like to avoid incurring the time, effort and expense that would be necessary to serve its written defenses to the Second Amended Complaint, respond to discovery and file the Joint Scheduling Report pursuant to S.D. Fla. L.R. 16.1B.7.

5. Counsel for plaintiffs has been contacted and has no objection to the requested extension.

6. A proposed Order granting the requested extension is attached hereto, pursuant to S.D. Fla. L.R. 7.1A.2.

    **WHEREFORE**, defendant requests the Court to enter the attached proposed Order.

                      Respectfully submitted,

**STEPHEN H. CYPEN**
**CYPEN & CYPEN**
Attorneys for Defendant
825 Arthur Godfrey Road
Post Office Box 402099
Miami Beach, Florida 33140
Telephone: 305.532.3200
Facsimile: 305.535.0050

By: _/s/ Myles G. Cypen_
**MYLES G. CYPEN**
Florida Bar No. 283673

**CERTIFICATE OF SERVICE**

    **WE HEREBY CERTIFY** that a true copy of the above and foregoing Unopposed Motion of Defendant for an Extension Pending Settlement Discussions has been mailed to LAWRENCE A. FULLER, ESQ., Fuller, Mallah & Associates, P.A., Suite 802, 1111 Lincoln Road, Miami Beach, Florida 33139, this 5th day of July, 2000.

                      _/s/ Myles G. Cypen_
                      **MYLES G. CYPEN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

    Plaintiff(s),

vs.

MAXI HOLDINGS, LTD., a Canadian Corporation,

    Defendant(s).

_____/

**ORDER GRANTING UNOPPOSED MOTION OF
DEFENDANT FOR AN EXTENSION PENDING SETTLEMENT
DISCUSSIONS TO SERVE ITS WRITTEN
DEFENSES TO THE SECOND AMENDED COMPLAINT;
RESPOND TO REQUEST FOR PRODUCTION, REQUEST
FOR ADMISSIONS AND INTERROGATORIES; AND TO
<u>FILE JOINT SCHEDULING REPORT</u>**

**THIS CAUSE** came before the Court upon the Unopposed Motion of defendant, **MAXI HOLDINGS, LTD.**, for an extension pending settlement discussions to serve its written defenses to the Second Amended Complaint; respond to Request for Production, Request for Admissions and Interrogatories; and to file Joint Scheduling

1

Report. The Court having considered the motion and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion is GRANTED. The defendant shall have up to and including August 7, 2000, to serve its written defenses to the Second Amended Complaint; respond to Request for Production, Request for Admissions and Interrogatories; and to file Joint Scheduling Report.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2000.

_____
UNITED STATES DISTRICT COURT

cc: Lawrence A. Fuller, Esq.
Stephen H. Cypen, Esq.