UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED, INC.,
a Florida not-for-profit
corporation, PETER SPALLUTO,
Individually, and ERNST
ROSENKRANTZ, Individually,

        Plaintiffs,

vs.

MAXI HOLDINGS, LTD., a Canadian
Corporation,

        Defendant.
_____/



FILED by D.C.
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS MATTER is before the Court upon the Defendant, Maxi Holdings, Ltd.'s Unopposed Motion Of Defendant For Extension Pending Settlement Discussions To Serve Its Written Defenses To The Second Amended Complaint; Respond To Request For Production, Request For Admissions And Interrogatories; And To File Joint Scheduling Report, bearing file stamp of the Clerk of this Court dated July 7, 2000. The Court having carefully reviewed said Motion and the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Maxi Holdings, Ltd.'s aforementioned Unopposed Motion Of Defendant For Extension Pending Settlement Discussions To Serve Its Written Defenses To The Second Amended Complaint; Respond To Request For Production, Request For Admissions And Interrogatories; And To File Joint Scheduling Report be and the same is hereby **GRANTED** only to the extent that the Defendant shall have up to and including <u>July 26, 2000</u> within which



to serve its written defenses to the Second Amended Complaint, respond to the Plaintiff's Request For Production, Request For Admissions, and Interrogatories, and to file a Joint Scheduling Report. In all other respects, the Defendant's aforementioned Motion is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of July, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Lawrence Fuller, Esq.
For Plaintiff

Stephen Cypen, Esq.
For Defendant

2