UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE JUDGE: SELTZER

ADVOCATES FOR THE DISABLED, INC., a
Florida not-for-profit corporation,
PETER SPALLUTO, Individually, and
ERNST ROSENKRANTZ, Individually,

      Plaintiff(s),

vs.

MAXI HOLDINGS, LTD., a Canadian Corporation,

      Defendant(s).

_____/

### ANSWER TO SECOND AMENDED COMPLAINT

Defendant, by and through its undersigned attorneys, answers the Second Amended Complaint as follows:

1. Defendant admits the allegations of Paragraph 1.

2. There is no Paragraph 2.

3. Defendant is without knowledge of the allegations of Paragraph 3.

4. Defendant is without knowledge of the allegations of Paragraph 4.

5. Defendant is without knowledge of the allegations of Paragraph 5.



CASE NO. 00-6090-CIV-ZLOCH

6. In answer to Paragraph 6, Defendant is without knowledge of the allegations of the first three sentences. Defendant denies the allegations of the last two sentences.

7. Defendant is without knowledge of the allegations of Paragraph 7.

8. Defendant denies the allegations of Paragraph 8.

9. In answer to Paragraph 9, Defendant admits the allegations of the first sentence. Defendant denies the allegations of the second sentence as written. Defendant admits the allegations of the third sentence.

10. Defendant denies the allegations of Paragraph 10.

11. Defendant is without knowledge of the allegations of Paragraph 11.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13. In further answer to Paragraph 13, Defendant is without knowledge as to what photograph numbers 1 through 13 depict as no photographs are attached to the Second Amended Complaint.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant denies the allegations of Paragraph 15.

CASE NO. 00-6090-CIV-ZLOCH

16. In answer to Paragraph 16, Defendant is without knowledge of the allegations of the first sentence. Defendant denies the allegations of the second sentence.

17. Defendant denies the allegations of Paragraph 17.

18. Defendant denies the allegations of Paragraph 18.

19. Defendant is without knowledge of the allegations of Paragraph 19.

20. Any allegation of the Second Amended Complaint not specifically admitted herein is hereby denied.

**AFFIRMATIVE DEFENSES**

As and for affirmative defenses, Defendant alleges as follows:

21. The Second Amended Complaint fails to state a claim upon which relief can be granted. Plaintiff **ADVOCATES FOR THE DISABLED, INC.** lacks standing to maintain this action.

22. The individual plaintiffs lack standing in that at no time have they ever been subjected to any discriminatory actions on the part of Defendant, other than allegedly for the purposes of maintaining this action.

23. Correction of the alleged violations is not readily achievable.

24. Defendant is not obligated to have its place of public accommodation readily accessible as defined by the ADA.

3

CASE NO. 00-6090-CIV-ZLOCH

25. Plaintiffs have failed to comply with all conditions precedent giving rise to a claim for recovery of attorneys' fees, costs and expenses.

26. At all times material hereto, the subject property has been in full compliance with all city, county and state building and zoning codes; has received approval from the applicable building and zoning authorities; and is in material compliance with the ADA.

27. Plaintiffs, to the extent that they have any claim, have an adequate remedy at law and are not entitled to injunctive relief.

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true copy of the above and foregoing Answer to Second Amended Complaint has been mailed to **LAWRENCE A. FULLER, ESQ.**, Fuller, Mallah & Associates, P.A., Suite 802, 1111 Lincoln Road, Miami Beach, Florida 33139, this 24th day of July, 2000.

**CYPEN & CYPEN**
Attorneys for Defendant
825 Arthur Godfrey Road
Post Office Box 402099
Miami Beach, Florida 33140
Telephone: 305.532.3200
Facsimile: 305.535.0050

By: _____
**STEPHEN H. CYPEN**
Florida Bar No. 110833

4