ADVOCATES FOR THE DISABLED, INC., etc., et al.

    Plaintiffs

V.

MAXI HOLDINGS, LTD., etc.

    Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CIV-ZLOCH

ORDER FOR PRE-TRIAL CONFERENCE

    The above-styled cause is hereby set for Pre-Trial Conference on __December 8__, 2000, at 9:30 a.m., at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

### TIME SCHEDULE

SEVENTEEN days prior to P-T Conf. - Attorneys must meet
FIFTEEN days prior to P-T Conf. - Resume of experts and their reports must be exchanged
FIVE days prior to P-T Conf. - ALL discovery must be completed
__45__ days prior to P-T Conf. - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before __November 24, 2000__.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _4th_ day of __August__, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

**Copies furnished:**
Lawrence A. Fuller, Esq.
Stephen H. Cypen, Esq.

