UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE: SELTZER

ADVOCATES FOR THE DISABLED, INC.
ET AL.,

      Plaintiffs,

vs.

MAXI HOLDINGS, LTD., a Canadian
corporation,

      Defendant.
_____/

### NOTICE OF STIPULATION OF MEDIATOR

The Plaintiffs, and the Defendant, pursuant to this Court's Order of Referral to Mediation filed

August 4th, 2000, give Notice of Stipulating to the selection of the following mediator:

      Judge Michael H. Salmon
      Salmon Mediation Services, Inc.
      19 West Flagler Street, Suite 410
      Miami, Florida 33130

to mediate in accordance with the Order of Referral to Mediation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on

August 23rd, 2000 to:

Stephen Cypen, Esquire
Cypen & Cypen
825 Arthur Godfrey Road
Miami Beach, FL 33140

                        FULLER, MALLAH & ASSOCIATES, P.A.
                        Attorneys for Plaintiffs
                        1111 Lincoln Road, PH 802
                        Miami Beach, FL 33139
                        Tel: (305) 538-6483 - Dade
                        Tel: (954) 463-6570 - Brwd
                        Fax: (305) 534-9894

                        By:_____
                            John H. Fuller, Esquire
                            Fla. Bar No.: 276847



W:\WPDocs\A.D.A.\#1266-FORTUNE INVESTMENTS INC\Mediator\Stip(jln).wpd