UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.:00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED, INC., ET AL

    Plaintiff(s),

vs.

MAXI HOLDINGS, LTD., ETC.,

    Defendant(s).

_____/

### NOTICE OF STIPULATION OF MEDIATOR

The Plaintiffs, and the Defendant, pursuant to this Court's Order of Referral to Mediation dated 8/4/00, give Notice of Stipulating to the selection of the following mediator:

**Judge Michael H. Salmon**
**Salmon Mediation Services, Inc.**
**19 West Flagler St., Suite #410**
**Miami, FL 33130**
**Tel: (305) 371-5490**
**Fax: (305) 371-5492**

to mediate in accordance with the Order of Referral to Mediation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on 9/6/00

to:

Stephen Cypen, Esquire
Cypen & Cypen
P.O. Box 402099
Miami Beach, FL 33140-0099

                        FULLER, MALLAH & ASSOCIATES, P.A.
                        Attorneys for Plaintiffs
                        1111 Lincoln Road, PH 802
                        Miami Beach, FL 33139
                        Tel: (305) 538-6483 - Dade
                        Tel: (954) 463-6570 - Brwd
                        Fax: (305) 534-9894

                        By: _____
                        Lawrence A. Fuller, Esquire
                        Fla. Bar No.:180470

W:\WPDocs\A.D.A\#1266-FORTUNE INVESTMENTS INC\Mediator\Stip.wpd-(oz)

FULLER, MALLAH & ASSOCIATES, P.A. • PENTHOUSE 802, 1111 LINCOLN ROAD MALL • MIAMI BEACH, FLORIDA 33139-2493 • (305) 538-6483