UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6090-CIV-ZLOCH
MAGISTRATE: SELTZER

ADVOCATES FOR THE DISABLED, INC. ET AL.,

       Plaintiff(s),

vs.

MAXI HOLDINGS, LTD., a Canadian corporation,

       Defendant(s).
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: *[signature]*
Date: 10. 26 /00
Attorney for Defendant(s)
Cypen & Cypen
Stephen Cypen, Esquire
P.O. Box 402099
Miami Beach, Florida 33140
Tel: (305) 532-3200

By: *[signature]*
Date:
Attorney For Plaintiff(s)
John P. Fuller, Esquire
FULLER, MALLAH & ASSOCIATES, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

F:\data\WORK\13823\Second Revised Settlement Agreement.wpd

#1266