UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CIV-ZLOCH

ADVOCATES FOR THE DISABLED,
INC., a Florida not for profit
corporation, PETER SPALLUTO,
individually and ERNST
ROSENKRANTZ, individually,

       Plaintiffs,

vs.

MAXI HOLDINGS, LTD., a
Canadian corporation,

       Defendant.
_____/

FILED by _____ D.C.

OCT 30 2000

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court upon the Stipulation For Dismissal With Prejudice filed by the parties herein, bearing file stamp of the Clerk of the Court dated October 30, 2000. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs and Defendant be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause



solely for the purpose of enforcing the Stipulation For Settlement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of ___OCTOBER___, 2000.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John P. Fuller, Esq.
For Plaintiffs

Stephen Cypen, Esq.
For Defendant

2